Leonard W. Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com

Counsel for Plaintiff/Relator

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America ex rel. Thomas N. Crumbley, M.D., | No. 2:23-cv-01672-ROS |
| Plaintiff/Relator, | |
| vs. | **PLAINTIFF THOMAS N. CRUMBLEY'S RESPONSE TO ORDER TO SHOW CAUSE** |
| St. Luke's Behavioral Hospital, LP, d/b/a St. Luke's Behavioral Health, Steward Health Care System LLC, | |
| Defendants. | Assigned to the Hon. Roslyn O. Silver |

Plaintiff Thomas N. Crumbley hereby responds to the Court's Order requiring him to show cause why his case should not be dismissed. The basis of the order is that all Defendants have not been served in accordance with Rule 4 of the Federal Rules of Civil Procedures. To clarify, the only Defendant whose service is at issue is St. Luke's Behavioral Hospital, LP, d/b/a St. Luke's Behavioral Health ("St. Luke's"). Crumbley has voluntarily dismissed Counts I and II of his Complaint alleged against Steward Health Care System, LLC. The remaining Count III is alleged only against St. Luke's, making it the only Defendant to be served when service is possible. (*See* Dkt. 13).

In short, the reason this case should not be dismissed is that Defendant St. Luke's filed a petition for bankruptcy on May 6, 2024, that is still pending. Under 11 U.S.C. § 362, St. Luke's bankruptcy automatically stayed this litigation. Specifically, St. Luke's bankruptcy filing "operates as a stay, applicable to all entities, of— … continuation, including the issuance or employment of process, of a judicial … action or proceeding against the debtor. 11 U.S.C. § 362(a)(1). Accordingly, Crumbley was prohibited from serving his Complaint on Defendant St. Luke's, thereby establishing good cause why this case should not be dismissed.

To provide more detail, this case originally commenced on August 16, 2023. Close to a year later, on May 6, 2024, St. Luke's and its parent company, former defendant Steward Health Care System LLC (Steward), filed petitions for bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. Steward's bankruptcy was assigned Case No. 24-90213, and the cases of all related debtors, one of whom is Defendant St. Luke's, are jointly administered under this case number. Defendant St. Luke's was assigned Case No. 24-90284.

Crumbley's case was unsealed on August 12, 2024 (Dkt. 12) and the Court directed service of the Complaint, the statutory period for which would have been the following 90 days. On August 14, 2024, Crumbley filed a bankruptcy proof of claim against debtor St. Luke's, based on Count III in his Complaint alleging employment retaliation. A confirmation of that filing is attached as Exhibit A.

In his October 25, 2025, filing (Dkt. 13) mentioned above, Crumbley provided the Court a notice of the bankruptcy in addition to voluntarily dismissing Counts I and II. He was not aware of any additional filing needed to preserve his claim while Defendant's bankruptcy was pending.

As stated above, the bankruptcy code prohibited Crumbley from timely serving his Complaint on Defendant St. Luke's.

Finally, Crumbley will readily provide any additional information or additional filing that the Court might need to establish good cause and to maintain his lawsuit until the stay is lifted.

RESPECTFULLY SUBMITTED this 4th day of February 2025.

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  s/ Leonard W. Aragon
Leonard W. Aragon (020977)
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
leonard@hbsslaw.com

Counsel for Plaintiff/Relator