Leonard Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
(602) 840-5900
leonard@hbsslaw.com

Attorney for Plaintiff/Relator Thomas N. Crumbley, M.D.

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America *ex rel.* Thomas N. Crumbley, M.D., <br><br> Plaintiff/Relator, <br><br> v. <br><br> St. Luke's Behavioral Hospital, LP, d/b/a St. Luke's Behavioral Health, Steward Health Care System LLC, <br><br> Defendants. | Case No.: 23-cv-01672-ROS <br><br> **STATUS REPORT ON BANKRUPTCY** |

Pursuant to the Court's February 7, 2025 Order requesting regular status reports on the bankruptcy underlying a current stay of the above-captioned case, undersigned Counsel, Leonard Aragon of Hagens Berman Sobol Shapiro LLP, notifies the Court that the bankruptcy matter underlying the stay is still pending.

Dated: April 7, 2025                           Respectfully Submitted,

                                               */s/ Leonard Aragon*
                                               Leonard W. Aragon
                                               HAGENS BERMAN SOBOL SHAPIRO LLP
                                               leonard@hbsslaw.com
                                               Attorney for Plaintiff/Relator