Leonard Aragon (020977)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
(602) 840-5900
leonard@hbsslaw.com

Attorney for Plaintiff/Relator Thomas N. Crumbley, M.D.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America *ex rel.* Thomas N. Crumbley, M.D., | Case No.: 2:23-cv-01672-ROS |
|---|---|
| Plaintiff/Relator, | **APPLICATION TO WITHDRAW AS COUNSEL FOR PLAINTIFF/ RELATOR AND CONSENT OF PLAINTIFF/RELATOR** |
| v. | |
| St. Luke's Behavioral Hospital, LP, d/b/a St. Luke's Behavioral Health, Steward Health Care System LLC, | |
| Defendants. | |

Pursuant to LRCiv 83.3(b), undersigned Counsel, Leonard Aragon from Hagens Berman Sobol Shapiro LLP, hereby applies to withdraw as counsel for Plaintiff/Relator Thomas N. Crumbley, M.D.

The reasons for this withdrawal include the following: the Government has filed a Notice of Election to Decline Intervention in this matter (Dkt. 11) and Plaintiff/Relator's retainer provides that his counsel may withdraw under this circumstance; Plaintiff/Relator has voluntarily dismissed Counts I and II of his Complaint on behalf of the United States (Dkt. 13), the Government has consented to this dismissal (Dkt. 14), and the Court has dismissed Counts I and II without prejudice (Dkt. 15); the remaining claim, Count III, is an individual claim of employment retaliation against St. Luke's Behavioral Hospital, LP; Plaintiff/Relator has already provided notice to the Court (Dkt. 13) that the two defendants in this case, St. Luke's Behavioral Hospital, LP, d/b/a St. Luke's Behavioral Health and Steward Health Care System LLC, have filed petitions for bankruptcy under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas; Plaintiff/Relator has filed a Proof of Claim in that bankruptcy against St. Luke's Behavioral Hospital, LP, based on Count III in his Complaint alleging employment retaliation; while it is likely that this claim will be resolved in the course of the bankruptcy, Plaintiff/Relator wishes to pursue his employment claim *pro se*, because the United States is no longer a party to this lawsuit.

Finally, Ms. Susan Coler (Relator's previous counsel who has already withdrawn) has discussed this matter with Plaintiff/Relator and his written consent to the withdrawal of Mr. Aragon is attached hereto as Exhibit A. Relator's last known contact information is as follows:

Thomas N. Crumbley, M.D.
P.O. Box 5747
Scottsdale, Arizona 85261
(480) 703-1212 Telephone

Based on the above, Leonard Aragon respectfully requests the Court accept this

1

application to withdraw as counsel for Plaintiff/Relator Thomas N. Crumbley, M.D.

Dated: July 2, 2025                              Respectfully Submitted,

                                                 /s/ Leonard W. Aragon
                                                 Leonard W. Aragon
                                                 HAGENS BERMAN SOBOL SHAPIRO LLP
                                                 11 West Jefferson Street, Suite 1000
                                                 Phoenix, Arizona 85003
                                                 leonard@hbsslaw.com

                                                 Attorney for Plaintiff/Relator

2